Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Adrianna Nicole RAMOS |
| **Docket Number:** | 1:05CR00450-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/19/2006 |
| **Original Offense:** | Counts 1, 2 & 3: 18 USC 1343 and 2 - Wire Fraud and Aiding and Abetting<br>(CLASS C FELONIES) |
| **Original Sentence:** | 36 months probation; $300 special assessment; $3,610 restitution; and, mandatory drug testing suspended |
| **Special Conditions:** | Warrantless search and seizure; Not dissipate assets; Financial disclosure; Credit restrictions; Mental health treatment; 150 hours community service; Co-payment; DNA collection |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/19/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Debra S. White     **Telephone:** (818) 442-8886 |
| **Other Court Action:** | None |

**RE:     Adrianna Nicole RAMOS**
         **Docket Number:  1:05CR00450-01 AWI**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   The defendant has committed a new law violation.

Specifically, on August 13, 2007, Bakersfield Police responded to a Best Buy store regarding a burglary complaint.  Investigation revealed the defendant entered the Best Buy store, cut open an MP3 player with a box cutter, and hid the MP3 player in her purse.  When apprehended, the defendant stated she had the money to pay for the item, however she did not want to pay.  Bakersfield Police concluded the investigation by arresting the defendant and charging her with burglary.

In response to the arrest, the Kern County District Attorney's Office filed a complaint on August 15, 2007, accusing the defendant of a violation of PC 460(b) - Misdemeanor Larceny, and a violation of PC 488 - Petty Theft, a misdemeanor (case number BM715854A).  On October 2, 2007, the defendant appeared before the Kern County Superior Court and entered a plea of nolo contendere to Petty Theft.  The misdemeanor Larceny charge was dismissed.  The Court sentenced the defendant to 3-years Court probation, fines and fees totaling $435, and 5 days in jail.

On October 15, 2007, the defendant reported to the probation office and was advised that the Court would be notified of her new law violation.  The defendant agreed to have her terms and  conditions of supervision modified to include her participation in a residential

RE:   Adrianna Nicole RAMOS
      Docket Number:  1:05CR00450-01 AWI
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

re-entry center (RRC) for a period up to 120 days by signing a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend the Term of Supervision.

The probation officer recommends the Court approve the modification as it would appropriately sanction the defendant for her violation conduct.  Additionally, since the defendant is unemployed and still owes restitution, an RRC placement would assist the defendant in securing employment and paying restitution.

Considering all the above, the probation officer recommends the Court approve the above indicated modification to the defendant's terms and conditions of supervision.


                     Respectfully submitted,

                     /s/ R. Walters

                     **R. WALTERS**
                     **United States Probation Officer**
                     Telephone:  (661) 861-4305

**DATED:**   October 16, 2007
             Bakersfield, California
             RCW:ks


**REVIEWED BY:**   /s/ Rick C. Louviere
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

**RE:   Adrianna Nicole RAMOS**
     **Docket Number:  1:05CR00450-01 AWI**
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:   October 17, 2007**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE