1    UNITED DEFENSE GROUP, LLP
     Oren Rosenthal (SBN 243110)
2    4181 Sunswept Drive, Ste. 100
     Studio City, CA 91604
3    Telephone (818) 487-7400
     Fax (818) 487-7414
4

     Attorney for Defendant,
5    ADRIANNA NICOLE RAMOS

6

7

8

           **IN THE UNITED STATES DISTRICT COURT FOR THE**
9

                **EASTERN DISTRICT OF CALIFORNIA**
10

11

12   UNITED STATES OF AMERICA,      )    NO. 1:05-CR-00450-001
                              )
13                Plaintiff,      )    ORDER TO RETURN
                              )    DEFENDANT'S PASSPORT
14        v.                           )
                              )
15   ADRIANNA NICOLE RAMOS,      )    Hon. Anthony W. Ishii
                              )
16               Defendant.      )
   _____ )

17

18        GOOD CAUSE HAVING BEEN SHOWN, the Clerk of the Court is hereby directed to

19   return Defendant ADRIANNA NICOLE RAMOS' United States Passport (Receipt Number 101

20   7949) to her forthwith.

21

22   IT IS SO ORDERED.

23   **Dated:    June 9, 2009**            _____**/s/ Anthony W. Ishii**_____
                                   CHIEF UNITED STATES DISTRICT JUDGE
24

25

26

27

28