```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  CASE NO. 1:05CR00450-AWI
                                   )
11             Plaintiff,          )
                                   )
12       v.                        )
                                   )  ORDER TO QUASH WRIT
13  ADRIANNA RAMOS,                )  OF ATTACHMENT/GARNISHMENT
                                   )
14             Defendant and       )
               Judgment Debtor.    )
15  _____)
                                   )
16  ACS EDUCATION SERVICES, INC.,  )
                                   )
17             Garnishee.          )
    _____)
18
```

19     A Writ of Attachment/Garnishment was served upon ACS Education

20 Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer

21 of Garnishee, the United States filed with this Court a Request to

22 Quash Writ of Attachment/Garnishment, and having reviewed and

23 considered the same,

24     IT IS HEREBY ORDERED that the Writ is quashed and the

25 attachment/garnishment against Garnishee, ACS Education Services,

26 ///

27 ///

28 ///

Order to Quash Writ
of Attachment/Garnishment

1

1 | Inc., is terminated.

2 |

3 | IT IS SO ORDERED.

4 | Dated:     January 12, 2011        /s/ signature

5 |                                    CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2